918

No. 81–6211. TRIMMER v. VAN BOMEL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 81–6229. WIGA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6239. HOWELL v. TANNER, COMMISSIONER, DEPARTMENT OF NATURAL RESOURCES OF GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 81–6250. PENNINGTON v. HOUSEWRIGHT, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 81–6295. ANTONELLI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–6303. TAYLOR ET AL. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 81–6310. JONES v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 81–6313. MANGIAMELI v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 81–6321. LEE v. UNITED STATES; and
No. 81–6328. NANCE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 666 F. 2d 353.

No. 81–6324. CONROY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–6343. GREEN v. CARLSON, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 4th Cir. Certiorari denied.